**Order entered January 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00875-CV

**ELEVACITY, LLC, AND ROBERT OBLON, Appellants**

**V.**

**PRUVIT VENTURES, INC., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00472-2018**

## ORDER

Before the Court is appellee's January 16, 2019 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 5, 2019.

/s/      KEN MOLBERG
             JUSTICE